UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

R.M.V.,[1]

             Plaintiff,

      v.

COMMISSIONER OF SOCIAL
SECURITY,

             Defendant.

Case No. 25-cv-08435-AMO

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 10

The Court has reviewed Magistrate Judge Peter H. Kang's Report and Recommendation for Dismissal Without Prejudice. The deadline for objections has passed, and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court **DISMISSES** this action without prejudice. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated: 7/2/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

[1] It appears that this lawsuit may be seeking review of an adverse decision regarding Social Security benefits. Accordingly, as is the Court's practice in Social Security cases and out of an abundance of caution, the Court refers to the Plaintiff only by their first and last initials out of an abundance of caution and regard for any potential privacy concerns.